IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ALBERONYS CUEVAS, on behalf of himself and all other similarly situated persons, | : : : | **NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |
| Plaintiff, | : : | |
| v. | : : | CASE NO.  CV-10-5582 |
| CITIZENS FINANCIAL GROUP, INC., and RBS CITIZENS, N.A. (d/b/a Citizens Bank) | : : : | |
| Defendants. | : : : : : | |

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this Motion and Certificates of Good Standing annexed thereto we will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York or an Order allowing the admission of movant, a member of the firm of DONELON, P.C. and a member in good standing of the Bars of the States of Missouri and Kansas, as attorney pro hac vice to argue or try this case in whole or in part as counsel for the Plaintiff Alberonys Cuevas, and on behalf of all other similarly situated persons.  There are no pending disciplinary proceedings against me in any State for Federal Court.

Peter Winebrake, E.D.N.Y. #PW0426
R. Andrew Santillo (*pro hac vice* anticipated)
Mark J. Gottesfeld (*pro hac vice* anticipated)
THE WINEBRAKE LAW FIRM, LLC
Twining Office Center, Suite 211
715 Twining Road
Dresher, PA 19025
Phone:  (215) 884-2491
Fax: (215) 884-2492
Email: pwinebrake@winebrakelaw.com
         asantillo@winebrakelaw.com
         mgoddesfeld@winebrakelaw.com


*/s/ Brendan J. Donelon*
Brendan J. Donelon (*pro hac vice* anticipated)
DONELON, P.C.
802 Broadway, 7th Floor
Kansas City, Missouri 64105
Phone:  (816) 221-7100
Fax:    (816) 472-6805
Email:  brendan@donelonpc.com

Daniel W. Craig (*pro hac vice* anticipated)
DONELON, P.C.
1125 Grand Blvd., Ste. 900
Kansas City, MO 64106
Phone: (816) 221-7772
Fax: (816) 283-3823
Email:  DCraig@DanCraigPC.com


*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ALBERONYS CUEVAS, on behalf of himself and all other similarly situated persons, | : : : | **AFFIDAVIT OF MOVANT IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |
| Plaintiff, | : : | |
| v. | : : | |
| CITIZENS FINANCIAL GROUP, INC., and RBS CITIZENS, N.A. (d/b/a Citizens Bank) | : : : | CASE NO. CV-10-5582 |
| Defendants. | : : | |
| | : : : | |

State of Missouri   )
                 ) ss.
County of Jackson   )

     Brendan J. Donelon, being duly sworn, hereby deposes and says as follows:

1. I am an associate with the law firm of DONELON, P.C.

2. I submit this affidavit in support of my motion for admission to practice pro hac vice in the above captioned matter.

3. As shown in the Certificates of Good Standing annexed hereto I am a member in good standing of the Bar of the States of Missouri and Kansas.

4. There are no pending disciplinary proceedings against me in any State or Federal court.

5. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate pro hac vice in this one case for Plaintiff Alberoynys, and on behalf of all other similarly situated persons.

_(signature)_ 11-13-2010

Brendan J. Donelon
DONELON, P.C.
802 Broadway, 7th Floor
Kansas City, Missouri 64105
Phone: (816) 221-7100
Fax: (816) 472-6805
Email: brendan@donelonpc.com

_(signature)_

Notary Public

My Commission Expires:

KARLA R. DENT
Notary Public - Notary Seal
State of Missouri, Jackson County
Commission # 08411162
My Commission Expires Jul 31, 2012

# The Supreme Court of Missouri



## Certificate of Admission as an Attorney at Law

I, Thomas F. Simon, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on 9/29/1995,

## *Brendan John Donelon*

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 9th day of December, 2010.

Clerk of the Supreme Court of Missouri

# The Supreme Court of Kansas



## Certificate of Good Standing

I, **Carol G. Green**, Clerk of the Supreme Court of the State of Kansas, do hereby certify that the Supreme Court of Kansas is the highest court of law, and the court of last resort within the State of Kansas, and has exclusive jurisdiction over and control of the admission of applicants to the bar of this state.

I do further certify that on _____April 26, 1996_____,

BRENDAN JOHN DONELON

was duly admitted to practice as an attorney and counselor of the Supreme Court and all other courts of the State of Kansas and is, on the date indicated below, a member in good standing of the Kansas Bar.

**ACTIVE STATUS**

Witness my hand and the seal of the Supreme Court, hereto affixed at my office in Topeka, Kansas, this 7TH day of _December_, _2010_.

_____Carol G. Green_____

*Clerk of the Supreme Court of Kansas*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| ALBERONYS CUEVAS, on behalf of himself and all other similarly situated persons, | : | **ADMISSION TO PRACTICE PRO HAC VICE** |
|  | : |  |
| Plaintiff, | : |  |
|  | : |  |
| v. | : | CASE NO.  CV-10-5582 |
|  | : |  |
| CITIZENS FINANCIAL GROUP, INC., and RBS CITIZENS, N.A. (d/b/a Citizens Bank) | : |  |
|  | : |  |
| Defendants. | : |  |
|  | : |  |

The motion for admission pro hac vice in the above captioned matter is granted.  The admitted attorney Brendan J. Donelon is permitted to argue and try this particular case in whole or in part as counsel or advocate for Plaintiff Alberonys Cuevas, and all other similarly situated persons.

This order becomes effective upon the Court's receipt of the required $25.00 fee and confirms your appearance as counsel in this case. A notation of your admission pro hac vice in the above listed case will be made on the roll of attorneys.

Dated:_____

_____
United States District Judge